Randall D. Naiman, Esq. - State Bar No. 81048
NAIMAN LAW GROUP, PC
4660 La Jolla Village Drive, Suite 500
San Diego, California 92122
(858) 535-4808 (telephone)
(858) 535-4809 (facsimile)
Randall@NaimanLaw.com (e-mail)

Attorney for Plaintiff, **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MILLER; and DOES 1 to 6, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-07417-JFW-JC<br><br>State Case No.: 10B04693<br><br>*The Honorable John F. Walter*<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>**(28 U.S.C. § 1447 (c))**<br><br>Date: November 22, 2010<br>Time: 1:30 p.m.<br>Courtroom: 16 |

TO DEFENDANT(S) HEREIN, THEIR ATTORNEY(S) OF RECORD, IF ANY, AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT on November 22, 2010, at 1:30 p.m., or as soon thereafter as the matter can be heard, in Department 16, of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, Plaintiff, BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2 ("Plaintiff"), will move the Court for an order remanding this case to the State Court from where it originated.

1   The motion will be made on the grounds that Plaintiff is entitled to a remand of this

2   action because, as is more fully explained in the Supporting Memorandum of Points and

3   Authorities and the Supporting Declaration of Randall D. Naiman:

4       1.    Removal was improper in that this court lacks subject matter jurisdiction

5   over this matter because the case *could not* have been filed originally in federal court (i.e.,

6   on diversity or federal question grounds):

7       a.    Diversity jurisdiction does not exist because the matter in

8   controversy does not exceed $75,000, exclusive of interest and costs.  The Complaint

9   contains a single claim for possession of residential real property under California Code of

10  Civil Procedure section 1161a. Plaintiff admits that the maximum damages that could be

11  awarded on this claim do not exceed $75,000; and

12      b.    Federal matter jurisdiction does not exist because the Complaint

13  does not present a claim or right arising under the Constitution, treaties, or laws of the

14  United States. The Complaint contains a single claim for possession of residential real

15  property under California Code of Civil Procedure section 1161a. This claim is grounded

16  solely in the statutes of the State of California.

17      This motion will be based on this Notice of Motion, Plaintiff's Memorandum of

18  Points and Authorities, the supporting Declaration of Randall D. Naiman, the court

19  records in this case, and such other and further evidence that shall be presented at the

20  time of the hearing.

21  Dated: October 15, 2010           **NAIMAN LAW GROUP, PC**

22

23

    By:

24      Randall D. Naiman

25      Attorney for Plaintiff, **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO**

26  **LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH**

27  **CERTIFICATES SERIES 2007-OA2**

28

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND