Randall D. Naiman, Esq. - State Bar No. 81048
NAIMAN LAW GROUP, PC
4660 La Jolla Village Drive, Suite 500
San Diego, California 92122
(858) 535-4808 (telephone)
(858) 535-4809 (facsimile)
Randall@NaimanLaw.com (e-mail)

Attorney for Plaintiff, **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2,<br><br>          Plaintiff,<br><br>vs.<br><br>KATHERINE MILLER; and DOES 1 to 6, inclusive,<br><br>          Defendants. | Case No.: 2:10-cv-07417-JFW-JC<br><br>State Case No.: 10B04693<br><br>***The Honorable John F. Walter***<br><br>**DECLARATION OF RANDALL D. NAIMAN**<br><br>Date: November 22, 2010<br>Time: 1:30 p.m.<br>Courtroom: 16 |

TO THE HONORABLE JUDGE/COMMISSIONER OF THE SUPERIOR COURT AND ALL PARTIES IN INTEREST:

Plaintiff and Movant herein, BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2, ("Plaintiff"), submits the following Declaration of Randall D. Naiman in Support of its Motion to Remand.

///

///

1

DECLARATION OF RANDALL D. NAIMAN

1

**DECLARATION OF RANDALL D. NAIMAN**

2

I, Randall D. Naiman, declare:

3      1.      I am an attorney at law licensed to practice law in the State of California and
4   in the United States District Court, Central District of California.

5      2.      I am the principal shareholder and managing partner with the law firm of
6   Naiman Law Group, PC, attorneys of record for Plaintiff, BANK OF AMERICA,
7   NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS
8   TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-
9   OA2.

10     3.      The following is within my personal knowledge and, if called upon under
11  oath, I could and would competently testify thereto.

12     4.      This is a residential unlawful detainer action following a non-judicial
13  foreclosure sale.

14     5.      On December 16, 2009, Plaintiff purchased the subject residential real
15  property located at 1850 Olivera Drive, Agoura Hills, CA 91301 ("Property") at a non-
16  judicial foreclosure sale held in accordance with California Civil Code section 2924 et.
17  seq. under a power of sale contained in a Deed of Trust and title to the Property has been
18  duly perfected in Plaintiff by the recording of a Trustee's Deed Upon Sale in the Official
19  Records of the County in which the Property is located.  A true and correct copy of the
20  Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and incorporated herein by
21  this reference.

22     6.      On January 7, 2010, a California licensed process server served on
23  Defendant, and each of them, a 90-Day Notice to Quit ("Notice") in compliance with
24  California Code of Civil Procedure section 1162.

25     7.      The Notice has expired.  However, Defendants, and each of them, continue
26  to remain in possession of the Property.

27     8.      On July 30, 2010, Plaintiff commenced this action by filing a Complaint for
28  Unlawful Detainer in the Superior Court of California.  Plaintiff's Complaint contains a

DECLARATION OF RANDALL D. NAIMAN

1    single state law cause of action for unlawful detainer.  The Complaint specifically states
2    that the amount of damages sought "Does Not Exceed $10,000."  A true and correct copy
3    of the Summons and Complaint is attached hereto as Exhibit "B" and incorporated herein
4    by this reference.

5        9.      On August 1, 2010, Defendant was served with copies of the Summons and
6    Complaint.   True and correct copies of the Proofs of Service are attached hereto
7    collectively as Exhibit "C" and incorporated herein by this reference.

8        10.     On September 2, 2010, Defendant filed for relief under Chapter 7 of the U.S.
9    Bankruptcy Code and assigned bankruptcy case number 1:10-bk-21052-GM.

10       11.     On September 3, 2010, the Hearing on Plaintiff's Motion for Summary
11   Judgment was continued until October 5, 2010 in order for Plaintiff to obtain relief from the
12   automatic stay.

13       12.     On October 1, 2010, the Bankruptcy Court entered an Order Granting
14   Plaintiff's Motion for Relief from Stay.  A true and correct copy of the Order is attached
15   hereto as Exhibit "D."

16       13.     On October 4, 2010, one (1) day prior to the continued hearing on Plaintiff's
17   Motion for Summary Judgment, Defendant filed a Notice of Removal.  A true and correct
18   copy of the Notice of Removal is attached hereto as Exhibit "E."

19       14.     This motion is made in accordance with Local Rule 7-3 (Conference of
20   Counsel Prior to Filing Motions).  On October 11, 2010, Plaintiff's counsel attempted to
21   contact Defendant at the number listed on her Notice of Removal, 818-251-0393;
22   however, this firm was only able to leave her a voicemail message.  Furthermore, on
23   October 12, 2010, Plaintiff's counsel mailed to Defendant, via overnight mail postage pre-
24   paid, a letter informing Defendant of the location, department, and purpose of the hearing.
25   On October 13, 2010, this law firm was contacted by Defendant in order to discuss a
26   potential resolution to this matter.  The parties did not reach an agreement; as such,
27   Plaintiff is filing this Motion to Remand.  A true and correct copy of the October 11th letter
28   to Defendant is attached hereto as Exhibit "F" and incorporated herein by this reference.

DECLARATION OF RANDALL D. NAIMAN

1     20.    Defendant filed the Notice of Removal for the sole purpose of frustrating and

2   delaying Plaintiff's right to immediate possession of the Property.

3        I declare under the penalty of perjury under laws of the United States of America

4   that the foregoing is true and correct.

5        Executed on October 15, 2010 in San Diego, California.

6

7   

8   Randall D. Naiman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

# EXHIBIT A

**This page is part of your document - DO NOT DISCARD**





**20091975469**



**Pages:
0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/29/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 12.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 12.00 |



**L E A D S H E E T**



200912290130004

00001707664



002464857

**SEQ:
08**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

T97



RECORDER MEMO: This COPY has not been QUALITY ASSURED.

*Recording Requested By*
**ServiceLink**
WHEN RECORDED MAIL TO

California Reconveyance Company
PO Box 6200
Northridge, CA 91328-6200

MAIL TAX STATEMENTS TO

Washington Mutual Bank
7255 Baymeadows Way
Jacksonville, FL 32256
Mail Stop: JAXB2007



12/29/2009

*20091975469*

Space above this line for recorder's use only

Trustee Sale No. 438263CA    Loan No. 3011398694    Title Order No. 191179

### TRUSTEE'S DEED UPON SALE

APN 4462-007-033    T.R.A. No.
The undersigned grantor declares:
1)    The Grantee herein <u>was</u> the foreclosing beneficiary.
2)    The amount of the unpaid debt together with costs was ..................\$1,103,600.13
3)    The amount paid by the grantee at the trustee sale was...................\$1,103,600.13
4)    The documentary transfer tax is ........................................................\$0
5)    Said property is in AGOURA HILLS
and CALIFORNIA RECONVEYANCE COMPANY (herein called Trustee), as the duly appointed Trustee or substituted Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA2 Trust (herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of LOS ANGELES, State of California, described as follows: PARCEL 4 OF PARCEL MAP NO. 5430, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP FILED MARCH 25, 1977 IN BOOK 77 PAGE 77 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

**Situs:** 1850 OLIVERA DR., , AGOURA HILLS, CA 91301
RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 12/07/2006 and executed by KATHERINE MILLER, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor, and Recorded 12/14/2006, Book , Page , Instrument 06 2778756 of official records of LOS ANGELES County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 12/16/2009. Grantee, being the

Trustee Sale No.: 438263CA Loan No.: 3011398694 Title Order No.: 191179

highest bidder at said sale, became the purchaser of said property for the amount bid being $1,103,600.13 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the time of said Trustee's Sale.

DATE: December 22, 2009

CALIFORNIA RECONVEYANCE COMPANY, as Trustee

Karime Arias, Assistant Secretary

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On December 22, 2009, before me, FRED RESTREPO , "Notary Public", personally appeared KARIME ARIAS , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

FRED RESTREPO
Commission # 1848173
Notary Public - California
Los Angeles County
My Comm. Expires May 8, 2013

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

# EXHIBIT B

**SUMMONS**
*(CITACION JUDICIAL)*
**UNLAWFUL DETAINER—EVICTION**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**SUM-130**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
KATHERINE MILLER; and DOES 1 to 6, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Additional Parties Attachment form is attached



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
ORIGINAL FILED
Northwest District
JUL 1 2010
LOS ANGELES
SUPERIOR COURT

---

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| | |
|---|---|
| 1.  The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br>6230 Sylmar Avenue<br>Van Nuys, California 91401<br>VAN NUYS COURTHOUSE EAST | CASE NUMBER:<br>*(Número del caso):*<br>10B04593 |

2.  The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Randall D. Naiman, Esq. (#81048)        (858) 535-4808
Naiman Law Group, PC                    (858) 535-4809
4660 La Jolla Village Drive, Suite 500
San Diego, CA  92122

3.  *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** [X] did **not** [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received **any** help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | |
|---|---|---|
| Date:<br>*(Fecha)*   JUL 3 0 2010  **JOHN A. CLARKE** | Clerk, by<br>*(Secretario)*   **T. Menefee** | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4.  **NOTICE TO THE PERSON SERVED:** You are served
    a. [ ] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify):*
    c. [ ] as an occupant
    d. [ ] on behalf of *(specify):*
        under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
               [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
               [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
               [ ] CCP 415.46 (occupant)              [ ] other *(specify):*

5.  [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal
Solutions
& Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

1  Randall D. Naiman, Esq. - State Bar No. 81048
   NAIMAN LAW GROUP,
2  Professional Corporation
   4660 La Jolla Village Drive, Suite 500
3  San Diego, California 92122
   (858) 535-4808 (telephone)
4  (858) 535-4809 (facsimile)

5  Attorney for Plaintiff, **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU**
6  **MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2 TRUST**

7

8              SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

9                          VAN NUYS COURTHOUSE EAST

10

11  BANK OF AMERICA, NATIONAL              )   Case No.: ~~1010~~   10B0{303
    ASSOCIATION AS SUCCESSOR BY            )
12  MERGER TO LASALLE BANK NA AS           )   **LIMITED CIVIL CASE**
    TRUSTEE FOR WAMU MORTGAGE              )
13  PASS-THROUGH CERTIFICATES              )   **COMPLAINT FOR UNLAWFUL**
    SERIES 2007-OA2 TRUST                  )   **DETAINER**
14                                         )
15              Plaintiff,                 )   **AMOUNT DEMANDED DOES NOT**
                                           )   **EXCEED $10,000.00**
16       vs.                               )
                                           )   **(Post-Foreclosure)**
17                                         )
    KATHERINE MILLER; and DOES 1 to 6,     )
18  inclusive                              )
                                           )
19              Defendants.                )
20  _____    )

21

22       Plaintiff alleges:

23       1.    This court is the proper court for this action because:

24       a.    Each Defendant resides and/or conducts business in the area served by this

25  Court;

26       b.    The real property which is the subject of this action **1850 Olivera Drive,**

27  **Agoura Hills, CA 91301**, (hereinafter "the Property"), is located in the area served by this

28  Court; and

         c.    The amount of damages claimed in this action does not exceed $10,000.00.

1   2.   Plaintiff is informed and believes and thereon alleges that Defendant(s)
2   Katherine Miller (hereinafter "Defendant(s)") at all times herein mentioned are currently
3   residents of County of Los Angeles, State of California, and reside within the jurisdictional
4   boundaries of this Court.

5   3.   The true names and capacities of Does 1 through 6, inclusive, are presently
6   unknown to Plaintiff, who therefore sues such Defendant(s) under such fictitious names
7   pursuant to Section 474 of the Code of Civil Procedure. Plaintiff is informed and believes,
8   and on such information and belief, alleges that each such "Doe" Defendant is in
9   possession of the Property, without the permission or consent of Plaintiff, and Plaintiff will
10  amend this complaint to state the true names and capacities of said Defendant(s) when
11  the same have been ascertained.

12  4.   Plaintiff is informed and believes, and thereon alleges that the Defendant(s)
13  and each of them, are, and at all times mentioned herein were, the agent, servant and
14  employee of each of the other Defendant(s), and in doing the things herein alleged, were
15  acting within the course and scope of said agency and employment.

16  5.   Plaintiff is the owner of and entitled to immediate possession of the
17  Property. Defendant, and each of them, are and remain in possession of the Property.

18  6.   On or about December 16, 2009, the Property was sold to Plaintiff at a
19  trustee's sale following foreclosure proceedings.   Said foreclosure and all notices
20  preceding said foreclosure were done in compliance with Section 2924 et. seq. of the
21  California Civil Code, under power of sale contained in a deed of trust executed by
22  Katherine Miller, a married woman as her sole and separate property, and title under the
23  sale was duly perfected in Plaintiff.

24  7.   On January 7, 2010, in the manner required by law, Defendant(s), and each
25  of them, were served with a written ninety-day notice to vacate and deliver up possession
26  of the Property to Plaintiff (hereafter, the "Notice"). A true and correct copy of the Notice
27  and Proof of Service thereof are attached to this complaint collectively as Exhibit "A", and
28  incorporated herein by this reference.

2

8.      More than ninety (90) days have elapsed since the service of the Notice, but Defendant(s), and each of them, have failed and refused to deliver up possession of the Property to Plaintiff.

9.      Defendant(s) continue in possession of the Property without Plaintiff's permission or consent.

10.     On information and belief, Defendant(s) are not tenants under a bona fide lease for the Property with a remaining term that expires more than ninety (90) days after service of the Notice.

11.     The reasonable rental value of the use and occupancy of the Property is at least $50.00 per day, and damages to Plaintiff caused by Defendant(s)' unlawful detention thereof has accrued at said rate since April 8, 2010, and will continue to accrue at said rate so long as Defendant(s) remain in possession of the Property.

WHEREFORE, Plaintiff prays judgment against Defendant(s) as follows:

1.      For restitution of the Property;

2.      For damages in the amount of at least $50.00 per day from April 8, 2010, through the date of entry of judgment;

3.      For costs of suit incurred herein; and,

4.      For such other and further relief as the court may deem just and proper.

Dated: July 28, 2010                    **NAIMAN LAW GROUP,**
                                        **Professional Corporation**

                            By:     _____
                                        Randall D. Naiman
                                        Attorney for Plaintiff **BANK OF AMERICA,**
                                        **NATIONAL ASSOCIATION AS SUCCESSOR**
                                        **BY MERGER TO LASALLE BANK NA AS**
                                        **TRUSTEE FOR WAMU MORTGAGE PASS-**
                                        **THROUGH CERTIFICATES SERIES 2007-OA2**
                                        **TRUST**

3

Complaint For Unlawful Detainer

VERIFICATION

I, the undersigned, say:

That I am the attorney for Plaintiff in this action; the Plaintiff is absent from the County of San Diego, California, where I have my office, or the Plaintiff is otherwise unable to verify this pleading, and I make this verification for and on behalf of the party for that reason; I have read the above complaint for unlawful detainer and know its contents; I am informed and believe, and on that ground, allege that the matters stated in it are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 28, 2010, at San Diego, California.


**NAIMAN LAW GROUP**
**Professional Corporation**

By:  _____
Randall D. Naiman, Esq.
Attorney for Plaintiff **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2 TRUST**

# NOTICE TO VACATE

TO:        Katherine Miller and all tenants, subtenants, and others in possession

ADDRESS:    1850 OLIVERA DRIVE, AGOURA HILLS, CA 91301

The above-referenced real property ("Property") was sold at a foreclosure sale in accordance with section 2924 of the California Civil Code under a power of sale contained in a deed of trust securing said Property, and title under the sale has been duly perfected. The new owner seeks to recover possession of the Property in good faith to market and sell the Property.

Within **three (3) days** after service of this notice, you are hereby required to vacate and deliver possession of the Property now held and occupied by you to the undersigned unless you are a tenant or subtenant who rented the Property before the foreclosure sale.

If you are a tenant or subtenant who rented the Property before the foreclosure sale, then you must vacate the Property within **ninety (90) days** after service of this notice unless you are tenant who entered into a bona fide lease prior to the notice of foreclosure in which case you must vacate the Property at the end of the remaining current term of the bona fide lease or ninety days after service of this notice, whichever occurs later.

A lease is considered bona fide only if all of the following conditions exist: (1) you are not the mortgagor or the child, spouse, or parent of the mortgagor; (2) your lease was the result of an arms-length transaction; and (3) the lease requires the receipt of rent that (i) is not substantially less than fair market rent for the Property or (ii) the Property's rent is reduced or subsidized due to a federal, state or local subsidy.

If you claim to be a tenant or subtenant, within three days after service of this notice, please notify the undersigned in writing of your tenancy and provide the undersigned with the following information: (a) a copy of your lease or rental agreement, or if you do not have a written lease or rental agreement, please provide a written explanation of the terms of the agreement under which you occupy the Property, including without limitation, the date you entered into the agreement, the names of all parties who entered into the agreement, the term of the agreement, the amount of monthly rent, the utilities paid by the landlord (if any), the amount of your security deposit (if any), and whether you receive assistance under the Department of Housing and Urban Development's Section 8 Housing Program; (b) proof of your last rental payment and any security deposit; (c) a list of any conditions at the Property that require repair; and (d) whether you are the child, spouse, or parent of the mortgagor.

If you are a tenant who rented the Property before the foreclosure sale, you have a right to request that the new owner or its authorized agent make an initial inspection of the Property to determine its condition before you vacate, and you have the right to be present during the inspection. The purpose of the inspection is to allow you an opportunity to remedy identified deficiencies or damage to the Property, if any, caused by you. If you wish to have such an inspection, please contact the undersigned as soon as possible. If you request an inspection, you

EXHIBIT A

will be given 48 hours advance notice of the inspection, but you may waive in writing the required 48 hours notice and have the inspection done sooner.

This notice is intended as a notice to quit pursuant to California <u>Code of Civil Procedure</u> sections 1161a and 1161b. This notice is also intended as a notice of termination/non-renewal of tenancy as to any tenancies that survived the foreclosure sale.

NAIMAN LAW GROUP
Professional Corporation

DATED: January 5, 2010

By: Randall D. Naiman, Esq.
Attorneys for the new owner: BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2 TRUST
4660 La Jolla Village Drive, Suite 500
San Diego, CA 92122
Telephone: (858) 535-4808
Facsimile: (858) 535-4805

<u>For information regarding this notice, please call (858) 535-4806.</u>

| Attorney of Party Without Attorney (Name and Address)<br>Naiman Law Group<br>4660 La Jolla Village Drive<br>San Diego        CA        500<br>Attorney For:PLAINTIFF                              92122 | Telephone No:<br>(858)535-4808<br><br>Reference Number:<br>2671325                49586 | FOR COURT USE ONLY |
|---|---|---|

| Plaintiff/Petitioner:    Bank of America, National<br>Defendant/Respondent:    Katherine Miller, et al. | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE<br>"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate

On the following tenant(s): Katherine Miller

Address:   1850 Olivera Drive
           Agoura Hills, CA 91301

Date and Time of Posting:  1/7/2010 at 07:45am.

BY POSTING a copy for each above-named tenant in a conspicious place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenant(s) AND MAILING by first-class mail on said date a copy to each tenant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named tenant(s) at the place where the property is situated.

**FILE BY FAX PER CRC 2.303**

7. Person Serving (name, address, and telephone No.):

### Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $  $45.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.: 6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/12/2010

(Signature)

Judicial Council form POS-010          **Proof of Service**          Code Civil Procedure 417.10(f)

| Attorney of Party Without Attorney (Name and Address)<br>Naiman Law Group<br>4660 La Jolla Village Drive   500<br>San Diego   CA   92122<br>Attorney For:PLAINTIFF | Telephone No:<br>(858)535-4808 | FOR COURT USE ONLY |
|---|---|---|
| | Reference Number:<br>2671326   49586 | |

| Plaintiff/Petitioner: | Bank of America, National |
| Defendant/Respondent: | Katherine Miller, et al. |

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate

On the following tenant(s): All Occupants in Care of Named Tenant, Katherine Miller

Address:    1850 Olivera Drive
            Agoura Hills, CA 91301

Date and Time of Posting:  1/7/2010 at 07:45am.

BY POSTING a copy for each above-named tenant in a conspicious place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenant(s) AND MAILING by first-class mail on said date a copy to each tenant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named tenant(s) at the place where the property is situated.

**FILE BY FAX PER CRC 2.303**

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $  $0.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/12/2010

(Signature)

Judicial Council form POS-010                    **Proof of Service**                    Code Civil Procedure 417.10(f)

# EXHIBIT C

| Attorney of Party Without Attorney (Name and Address)<br>Naiman Law Group<br>4660 La Jolla Village Drive<br>San Diego          CA          500<br>92122<br>Attorney For:PLAINTIFF | Telephone No:<br>(858)535-4808<br><br>Reference Number:<br>2716102          49586 | FOR COURT USE ONLY<br>ORIGINAL FILED<br>Los Angeles Superior Court<br><br>AUG 1 2 2010<br><br>John A. Clarke, Clerk<br>By A. Salcedo, Deputy |
|---|---|---|

Superior Court State of California in and for the
County of Los Angeles "Van Nuys Division"

| Plaintiff/Petitioner:          Bank Of America, National Association<br>Defendant/Respondent:          Katherine Miller, et al. |

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>10B04693 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location.

3a. Party Served          :   Katherine Miller

3b. Person Served          :   Katherine Miller
    Description          :   Wht F 50s 5'7 130 Brn Hair

4.  Address          :   1850 Olivera Drive
                           Agoura Hills, CA 91301

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 8/1/2010 at 09:30am.

6.  The "Notice to Person Served" (on the Summons) was completed as follows:
    (a) As an individual defendant
    Service was made in accordance with Civil Code of Procedure 415.46.

**FILE BY FAX PER CRC 2.303**

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/3/2010

(Signature)

Judicial Council form POS-010

**Proof of Service**

Code Civil Procedure 417.10(f)

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | For Court Use Only |
|---|---|---|---|---|
| Naiman Law Group<br>4660 La Jolla Village Drive          500<br>San Diego          CA          92122<br>Attorney For:PLAINTIFF | | | (858)535-4808 | Los Angeles Superior Court<br><br>**AUG 1 2 2010**<br><br>John A. Clarke, Clerk<br>By A. Salcedo, Deputy |
| | | | Reference Number:<br>2716103          49586 | |

Superior Court State of California in and for the
County of Los Angeles "Van Nuys Division"

Plaintiff/Petitioner:    Bank Of America, National Association
Defendant/Respondent:    Katherine Miller, et al.

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>10B04693 |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the:

    Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location.

3a. Party Served    :  All Occupants In Care Of Named Tenant- Katherine Miller

3b. Person Served   :  Katherine Miller.  Title: Co-Occupant
    Description     :  Wht F 50s 5'7 130 Brn Hair

4.  Address         :  1850 Olivera Drive
                       Agoura Hills, CA 91301

5b. By substituted Service on 8/1/2010 at 09:30am I left the documents listed in item 2 with or in the presence of: Katherine Miller    Title: Co-Occupant
    (2) (home) by leaving copies with a competent member of the household at least 18yrs of age at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
    (4) A declaration of mailing is attached.
    (5) I attach a declaration of diligence stating actions taken first to attempt personal service. (if required)

    After making a diligent effort to ascertain whether there are other adult occupants, pursuant to C.C.P. 415.46 I served the above named tenant by leaving a copy of the above mentioned documents with the person in 3b., and by mailing by FIRST CLASS MAIL , addressed as listed in above item 4.

6.  The "Notice to Person Served" (on the Summons) was completed as follows:
    (a) As an individual defendant

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/3/2010

_____
(Signature)

FILE BY FAX PER CRC 2.303

| Attorney of Party Without Attorney (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group<br>4660 La Jolla Village Drive          500<br>San Diego          CA          92122<br>Attorney For:PLAINTIFF | | (858)535-4808 | |
| | | Reference Number:<br>2716103          49586 | |

| Superior Court State of California in and for the<br>County of Los Angeles "Van Nuys Division" |
|---|

| Plaintiff/Petitioner: | Bank Of America, National Association |
|---|---|
| Defendant/Respondent: | Katherine Miller, et al. |

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>10B04693 |
|---|---|---|---|---|

Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location.

I am a citizen of the United States, employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the above entitled Action. My business address is: 142 East Bonita Avenue, #51, San Dimas, CA 91773. phone number is: (909)394-1202.

On 8/1/2010, after substituted service under section 415.20(a) or 415.20(b) or 415.46 of the Civil Code of Procedure was made, I served the above entitled documents on the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon prepaid for FIRST CLASS MAIL in the United States Mail at Agoura Hills  CA  91301

    All Occupants In Care Of Named Tenant- Katherine Miller

Address:   1850 Olivera Drive
          Agoura Hills, CA 91301

**FILE BY FAX PER CRC 2.303**

7. Person Serving  (name, address, and telephone No.):

### Attorney Service of San Dimas
**142 East Bonita Avenue, #51**
**San Dimas, CA 91773**
**(909)394-1202 Fax (909)394-1204**

Fee for service: $   $0.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   8/3/2010

_____
(Signature)

| Judicial Council form POS-010 | **Proof of Service** | Code Civil Procedure 417.10(f) |
|---|---|---|

| Attorney or Party Without Attorney (Name and Address)<br>Naiman Law Group<br>4660 La Jolla Village Drive         500<br>San Diego        CA        92122<br>Attorney For:PLAINTIFF | Telephone No:<br>(858)535-4808<br><br>Reference Number:<br>2716103        49586 | FOR COURT USE ONLY |
|---|---|---|

Superior Court State of California in and for the
County of Los Angeles "Van Nuys Division"

Plaintiff/Petitioner:    Bank Of America, National Association
Defendant/Respondent:   Katherine Miller, et al.

| **PROOF OF SERVICE**<br>"FILE BY FAX" | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>10B04693 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession;
   Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location.

3. Name of Tenant   :  All Occupants In Care Of Named Tenant- Katherine Miller

4. Address          :  1850 Olivera Drive
                       Agoura Hills, CA 91301

After making a diligent effort to ascertain whether there are other adult occupants,
pursuant to CCP 415.46, I served the above named tenant by leaving a  copy of the above
mentioned documents and by posting a copy  in a conspicuous place on the property
therein described,and mailing a copy by "FIRST CLASS MAIL" depositing in the United
States Mail, in a sealed envelope, with posted fully pre-paid, addressed to the usual
place of residence of said tenant (or where the property is situated) as follows:

Address          :  1850 Olivera Drive
                    Agoura Hills, CA 91301

Date and Time of Posting: 8/1/2010 at 09:30am.
Date and Place of Mailing: 8/1/2010 from Agoura Hills  CA  91301

6. The "Notice to Person Served" (on the Summons) was completed as follows:
   (a)    As an individual defendant.
   (b)    On behalf of: All Occupants in Care of Named Tenant.

7. Person Serving (name, address, and telephone No.):

   **Attorney Service of San Dimas**
   142 East Bonita Avenue, #51
   San Dimas, CA 91773
   (909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/3/2010

_____
(Signature)

Judicial Council form POS-010           **Proof of Service**           Code Civil Procedure 417.10(f)

FILE BY FAX PER CRC 2.303

# EXHIBIT D

| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Randall D. Naiman, Esq. (#81048)<br>Naiman Law Group, PC<br>4600 La Jolla Village Drive<br>Suite 500<br>San Diego, CA 92122<br>(858) 535-4808          (858) 535-4809<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2 TRUST** | **FILED & ENTERED**<br><br>**OCT 01 2010**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY cardoza  DEPUTY CLERK |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Katherine Miller<br><br><br>Debtor(s). | CHAPTER:  7<br>CASE NO.:  1:10-bk-21052-GM<br><br>DATE:  September 23, 2010<br>TIME:  9:30 a.m.<br>CTRM:  303<br>FLOOR:  3rd |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
## (Unlawful Detainer)
### (MOVANT: BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2 TRUST)

1. The Motion was:     ☐ Contested     ☒ Uncontested     ☐ Settled by Stipulation

2. This Order applied to the following residential or nonresidential real property (the "Property"):

    *Street Address:*     1850 Olivera Drive
    *Apartment/Suite no.:*
    *City, State, Zip Code:* Agoura Hills, CA 91301

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant"). Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. The Court further orders as follows:

    a. ☐ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify):*

    b. ☐ The Stay is annulled retroactive to the petition date. Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.

    c. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    d. ☐ All provisions of this Order also apply to relief from the co-debtor under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.

*(This Order is continued on the next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                    **F 4001-10.UD**

Order Granting Motion for Relief from Stay – Page 2        **F 4001-10.UD**

| In re:<br>Katherine Miller | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-21052-GM |

e.  ☒  The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

f.  ☐  The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10.ER)*.

g.  ☐  See attached continuation page for additional provisions.

###

DATED: October 1, 2010

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*        **F 4001-10.UD**

Order Granting Motion for Relief from Stay – Page 3                                    **F 4001-10.UD**

| In re:<br>Katherine Miller<br><div align="right">Debtor(s).</div> | CHAPTER 7<br>CASE NUMBER 1:10-bk-21052-GM |
| --- | --- |

<u>**NOTE TO USERS OF THIS FORM**</u>:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Granting Motion for Relief from Stay** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 27, 2010**                          , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Chapter 7 Trustee:**               kpscion@ecjlaw.com, dseror@ecf.epiqsystems.com
**United States Trustee (SV):**   ustpregion16.wh.ecf@usdoj.gov
**Attorney for Movant:**           Krystina@Naimanlaw.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below: s

**Debtor:**                         **Katherine Miller, 1850 Olivera Drive, Agoura Hills, CA 91301**

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

*December 2009*                                                                        **F 4001-10.UD**

# EXHIBIT E

1  Katherine Miller; Sui Juris
2  1850 Olivera Drive
   Agoura Hills, California 91301
3
   (818) 251-0393 Telephone
4
   Attorney for:  In Pro Per
5
                                                                                    FILED
6                                                                                   2010 OCT -4  PM 4:20
7
8                         UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10
11  BANK OF AMERICA, NATIONAL          CASE NO. CV10 7417 JFW (JCx)
    ASSOCIATION AS SUCCESSOR BY
12  MERGER TO LASALLE BANK NA
    AS TRUSTEE FOR WAMU              JUDGE:
13  MORTGAGE PASS-THROUGH
    CERTIFICATES SERIES 2007-OA2,   NOTICE OF REMOVAL OF CIVIL ACTION
14  TRUST                           [ Pursuant to 28 U.S.C. §1441]
                           Plaintiff(s),
15              vs.
                                    Action Date: July 30, 2010
16  KATHERINE MILLER; and DOES 1 to  Property Address:
    6, Inclusive,                   1850 Olivera Drive
17                         Defendant(s)   Agoura Hills, California 91301
18
19        TO THE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF
20
21  RECORD:
22        PLEASE TAKE NOTICE THAT Defendant KATHERINE MILLER respectfully
23  files this Notice of Removal, pursuant to 28 U.S.C. §1441 et seq., to remove the above-
24  captioned matter from the Superior Court of the State of California for the County of Los
25
26  Angeles, in which the case is pending, to the United States District Court for the Central
27  District of California. In support thereof this Notice, Defendant states as follows:
28

                                        1-5

                    _NOTICE OF REMOVAL OF CIVIL ACTION_



On or about July 30, 2010, Plaintiff BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2, filed Complaint in the Superior Court of the State of California for the County of Los Angeles, case number: 10B04693 ("State Action").

This Notice of Removal is timely pursuant to 28 U.S.C. §1441(b) because it is filed before proper service of the Notice of the Motion for Summary Judgment was made on Defendant.

Under 28 U.S.C. §1441(b), "[a]ny civil action of which the district court have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." 28 U.S.C. §1441(b).

Pursuant to 28 U.S.C. §1446(a), attached hereto collectively as Exhibit "A" is the entirety of the State court file.

No consent is necessary as to DOES 1 to 6, Inclusive because upon information and belief, including the review of the Los Angeles County Superior Court docket, those defendants were not served.

## REMOVAL IS PROPER BASED ON FEDERAL QUESTION

Plaintiff BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-

2-5

*NOTICE OF REMOVAL OF CIVIL ACTION*

1 THROUGH CERTIFICATES SERIES 2007-OA2, alleges causes of action against

2
3 Defendants, based on alleged "Plaintiff became the owner of real property by purchasing said

4 property at a foreclosure sale". "The under this sale has been duly perfected", and "Said

5 foreclosure sale and all proceeding notices and actions were done on compliance..." is a

6
7 claim brought under the Federal Fair Debt Collection Practices Act (FDCPA), Real Estate

8 Settlement Procedures Act (RESPA), Truth in Lending Act (TILA), Generally Accepted

9 Accounting Principles (GAAP), The Universal Commercial Code (UCC), and thereby

10 specifically causing the enforcement of the invalid subject Deed of Trust, and for wrongful

11
12 foreclosure by a party without standing to foreclose. Thus, the claims by Plaintiff may be

13 maintained in any appropriate United States District Court 15 U.S.C. §1692k (d), and 42

14 U.S.C. §3631.

15
16 California Civil Code Sections §2923.5, §2923.6, §2924, and §2932.5 et seq., are

17 been unconstitutionally applied to Defendant.

18 Defendant will give written notice of the filing of this Notice of Removal to Plaintiff,

19
20 and will file copy of this Notice of Removal with the Superior Court of the State of

21 California for the County of San Mateo, as required by 28 U.S.C. §1446(d).

22 WHEREFORE, pursuant to 28 U.S.C. §1441, Defendant KATHERINE MILLER,

23
24 removes this case from the Superior Court of the State of California, in and for the County of

25 Los Angeles, to the United States District Court for the Central District of California.

26 Pursuant to 28 U.S.C. §1746, I, KATHERINE MILLER, certify under the penalties of

27
28 perjury that the foregoing is true and correct to the best of my knowledge, and if called to

<center>3-5</center>

---

*NOTICE OF REMOVAL OF CIVIL ACTION*

1    testify will attest to same.

2    Dated: October 4, 2010

3                                                 _____

4                                                      Katherine Miller

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4-5

*NOTICE OF REMOVAL OF CIVIL ACTION*

# EXHIBIT F

# NAIMAN LAW GROUP

PROFESSIONAL CORPORATION

4660 LA JOLLA VILLAGE DRIVE

SUITE 500

SAN DIEGO, CALIFORNIA 92122

TELEPHONE (858) 535-4808

FACSIMILE (858) 535-4809

October 11, 2010

## VIA FEDERAL EXPRESS (OVERNIGHT MAIL)

Ms. Katherine Miller
1850 Olivera Drive
Agoura Hills, CA 91301

> **Re:** **Bank of America v. Miller**
> **District Case No. 2:10-cv-07417-JFW-JC**
> **State Case No.  10B04693**
> **Our File No. 49586**

Dear Ms. Miller:

In accordance with Local Rule 7-3 (Conference of Counsel Prior to Filing of Motions), I would like to discuss with you the substance of our contemplated remand motion and any potential for resolution of this matter.  Please be advised that this letter shall constitute notice to you that this law firm shall be filing a Motion to Remand on October 15, 2010, at 12:00 p.m. in Department 16, United States District Court, Central District – Western Division, 312 North Spring Street, Los Angeles, CA 90012 to present to the United States District Court, Central District and serving a copy upon you.

Please contact the undersigned on or before October 15, 2010 by 11:00 a.m. to discuss any potential resolution of this matter.

Sincerely yours,

NAIMAN LAW GROUP, PC

By: _____
　　　RANDALL D. NAIMAN, ESQ.

1 | Randall D. Naiman, Esq. - State Bar No. 81048
2 | NAIMAN LAW GROUP, PC
   | 4660 La Jolla Village Drive, Suite 500
   | San Diego, California 92122
3 | (858) 535-4808 (telephone)
   | (858) 535-4809 (facsimile)
4 | Randall@NaimanLaw.com (e-mail)

5 | Attorney for Plaintiff, **BANK OF AMERICA, NATIONAL ASSOCIATION AS**
   | **SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU**
6 | **MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2**

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY          Case No.: 2:10-cv-07417-JFW-JC
12 | MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE         State Case No.: 10B04693
13 | PASS-THROUGH CERTIFICATES SERIES 2007-OA2,                    *The Honorable John F. Walter*
14 |                 Plaintiff,                                    **CERTIFICATE OF SERVICE**
15 |
16 |          vs.
17 | KATHERINE MILLER; and DOES 1 to 6, inclusive,
18 |
19 |                 Defendants.
20 |
21 |

22 | 　　　Plaintiff BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY
23 | MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-
24 | THROUGH CERTIFICATES SERIES 2007-OA2 respectfully submits the following
25 | Certificate of Service in connection with its Motion to Remand.
26 | ///
27 | ///
28 | ///

1

**CERTIFICATE OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 4660 La Jolla Village Drive, Suite 500, San Diego, CA 92122.

On October 12, 2010, I served the foregoing documents described as:

1.     CORRESPONDENCE DATED October 11, 2010

on the interested party in this action,

XX     by placing the true copies thereof enclosed in sealed envelopes addressed as set forth here:

**Ms. Katherine Miller**
**1850 Olivera Drive**
**Agoura Hills, CA 91301**

XX     BY OVERNIGHT DELIVERY: By Federal Express or other overnight delivery service, for delivery on the next business day. A true and correct copy of the Federal Express or other overnight delivery service airbill is attached hereto.

Executed October 12, 2010, at San Diego, California.

XX     I declare under the penalty of perjury under the laws of the State of California and the law of the United States that the foregoing is true and correct.

KRYSTINA REALE

2

From:   Origin ID: RBLA   (858) 535-4808
RANDALL D. NAIMAN
LAW OFFICES OF RANDALL D. NAIMAN
4660 LA JOLLA VILLAGE DRIVE, #500

SAN DIEGO, CA 92122



Ship Date: 12OCT10
ActWgt: 1.0 LB
CAD: 3270960/INET3090

Delivery Address Bar Code



SHIP TO:   (818) 251-0393   **BILL SENDER**
**Katherine Miller**

**1850 OLIVERA DR**

**AGOURA HILLS, CA 91301**

Ref #   49586
Invoice #
PO #
Dept #



TRK#   7963 3616 7729
0201

WED - 13 OCT   A2
PRIORITY OVERNIGHT
RES

91301
CA-US

**WZ JSNA**   BUR



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.