

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

October 26, 2010

Superior Court of Califoria, County of
Los Angeles - Northwest District
6230 Sylmar Ave.
Van Nuys, CA 91401

DUPLICATE
ORIGINAL FILED
LOS ANGELES SUPERIOR COURT

OCT 27 2010

LOS ANGELES
SUPERIOR COURT

FILED

Re: Case Number: 2:10-cv-07417-JFW -JC

Previously Superior Court Case No. 10B04693

Case Name: Bank of America v. Katherine Miller et al

Dear Sir / Madam:
    Pursuant to this Court's ORDER OF REMAND issued on October 26, 2010, the above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Roel Reyes
    Deputy Clerk   213-894-5285

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

NOV 03 2010

Date

Clerk, Superior Court

By: _____ Christine V. Tehrani
    Deputy Clerk

CV - 103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)